**Dismissed and Memorandum Opinion filed February 26, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00555-CV

## LEON LAVIOLETTE, Appellant

## V.

## MICHAEL RUTHERFORD, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-31571**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 20, 2014. The clerk's record was filed. No reporter's record was taken. No brief was filed.

On January 13, 2015, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before February 12, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.